No. 844. WILLIAMS ET AL. v. PACIFIC ROYALTY Co. C. A. 10th Cir. Certiorari denied. *Bruce Bromley, Angus G. Wynne* and *John D. Calhoun* for petitioners. *J. D. Atwood, Ross L. Malone, Charles S. Rhyne* and *Eugene F. Mullin, Jr.* for respondent.

No. 850. AURIANNE ET AL. v. BOARD OF LEVEE COMMISSIONERS, ORLEANS LEVEE DISTRICT. Supreme Court of Louisiana. Certiorari denied. *Oliver S. Delery* for petitioners.

No. 855. NEW YORK, NEW HAVEN & HARTFORD RAILROAD Co. v. CERESTE. C. A. 2d Cir. Certiorari denied. *Robert M. Peet* for petitioner. *Jacob D. Fuchsberg* for respondent.

No. 856. DAUGHERTY ET AL. v. VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied. *Charles H. Tuttle* and *Francis X. Ward* for petitioners. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, and *C. F. Hicks,* Assistant Attorney General, for respondent.

No. 857. LIDGERWOOD MANUFACTURING Co. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Fred R. Tansill* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Rice* and *Hilbert P. Zarky* for respondent.

No. 860. IN RE MILLER. Supreme Court of Illinois. Certiorari denied. *Theodore W. Miller, pro se. Charles Leviton, amicus curiae,* for the Board of Managers and the Committee on Grievances of the Chicago Bar Association, in opposition.